UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ex rel<br>Black Jack Roofing, Inc.,<br><br>     Plaintiff,<br><br>vs.<br><br>Liberty Mutual Insurance Company,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:   4:07CV1696JCH |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Liberty Mutual Insurance Company hereby gives notice the following corporate interests are disclosed:

1.   The parent companies of the corporation:

Liberty Mutual Insurance Company is 100% owned by Liberty Mutual Group, LLC, which is 100% owned by LMHC Massachusetts Holdings, INC., which is 100% owned by Liberty Mutual Holding Company, Inc.

2.   Subsidiaries not wholly owned by the corporation:

N/A

3.   Any publicly held company that owns ten percent (10%) or more of the corporation:

N/A

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.

_____
Keith K. Cheung, E.D. #6894
130 South Bemiston, Suite 200
Clayton, MO  63105
(314) 725-8788
(314) 725-8789 Fax
kcheung@lawfirmemail.com

and

LEVY AND CRAIG
A Professional Corporation

Lawrence Lerner    MO #30955
llerner@levycraig.com
C. Eric Pfanstiel    MO #58462
epfanstiel@levycraig.com
111301 Oak Street
Kansas City, MO 64106
(816) 474-8181
Fax: (816) 471-2186

Attorneys for Defendant Liberty Mutual
Insurance Company

CERTIFICATE OF SERVICE

    Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 13th day of November, 2007 to all counsel of record.

_____
Attorney for Defendant, Liberty Mutual
Insurance Company